```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SULZER MIXPAC AG,

                Plaintiff,

-against-

SHENZHEN SHI BAOAN QU XIN'AN JIE BUXIN FAMOUS FIRM d/b/a OYEMSUNNY and CHEN LINGLING d/b/a WENB0ER,

                Defendants.

1:21-cv-10277

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that, no later than October 25, 2024, Plaintiff shall file a status letter updating the Court as to its efforts to serve Defendants pursuant to the Court's grant of Plaintiff's motion for leave to serve a Rule 45 third-party subpoena on Amazon prior to a Rule 26(f) conference. [*See* ECF No. 45].

**SO ORDERED.**

**Date: October 11, 2024**
**New York, NY**

                                  */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**