```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SULZER MIXPAC AG,

                Plaintiff,

-against-

SHENZHEN SHI BAOAN QU XIN'AN JIE BUXIN FAMOUS FIRM d/b/a OYEMSUNNY and CHEN LINGLING d/b/a WENB0ER,

                Defendants.

1:21-cv-10277

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

**IT IS HEREBY ORDERED** that Plaintiff's request to amend the Complaint and Case Caption [ECF No. 52] is **GRANTED**. The case caption shall be amended to replace "Sulzer Mixpac AG" with "medmix Switzerland AG" as the name of Plaintiff and replace "Shenzhen Shi Baoan Qu Xin'An Jie Buxin Famous Firm d/b/a/ OYEMSunny" with "Shouqing Lai d/b/a/ OYEMSunny" and "Chen Lingling d/b/a Wenb0er" with "Chen Linging d/b/a Wenb0er" as the names of Defendants. The Parties shall use the amended case caption for all future filings.

Given the limited scope of the amendments proposed, the amended complaint is due November 11, 2024. Failure to file an amended pleading by November 11, 2024 will be considered a waiver of the opportunity to amend.

**IT IS FURTHER ORDERED** that on or before December 9, 2024, Plaintiff shall file a letter advising the Court as to the status of service in this case.

**SO ORDERED.**

Date: October 28, 2024
New York, NY

                                      *Mary Kay Vyskocil*
                            **MARY KAY VYSKOCIL**
                            **United States District Judge**